RECEIVED
07 JUL -2 PM 4:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DIST...

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>Defendants. | Case No. C 07-02200 JSW<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RULE 26(f) DEADLINE |

Plaintiff's Motion to Postpone Initial Case Management Conference and Deadline for Rule 26(f) Report (Administrative Relief), having duly and regularly come before this Court, and the Court being advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

---

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
RULE 26(f) DEADLINE - Case No. C 07-02200 JSW
Page 1

1     The Initial Case Management Conference shall be postponed until \_\_\_\_\_ ~~days~~
2     November 30, 2007 at 1:30 pm.
~~following the ADR Session, which shall take place on or before~~ _____.

3
4     IT IS FURTHER ORDERED that the Rule 26(f) Report and Case Management
5 Statement shall be postponed until after the ADR Session, and shall be reset to a time at least
6 seven (7) days before the rescheduled initial case management conference.
7     IT IS SO ORDERED.

Dated: 7-12-07

Hon. Jeffrey S. White
United States District Judge

---

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
RULE 26(f) DEADLINE - Case No. C 07-02200 JSW
Page 2
06-604.19

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

      Plaintiff,

v.

FARR FINANCIAL INC., ET AL et al,

      Defendant.
_____/

Case Number: CV07-02200 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard B. Higgins
P.O. Box 455
Pocatello, ID 83204-0455

Dated: July 12, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk