IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

    Plaintiff,

v.

FARR FINANCIAL INC., ET AL,

    Defendant.

No. C 07-02200 JSW

**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE**

Now before the Court is the stipulation between the parties to continue the hearing on the motion to dismiss filed by defendant Farr Financial, Inc. ("Farr Financial"). The Court HEREBY CONTINUES the hearing to January 4, 2008 at 9:00 a.m. The Court FURTHER ORDERS that Plaintiff's opposition to this motion shall be due by Tuesday, November 27, 2007 and Farr Financial's reply, if any, shall be due by Tuesday, December 4, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 13, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD B. HIGGINS, | Case Number: CV07-02200 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FARR FINANCIAL INC., ET AL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zenith Investment Group LLC
305 Quincy Street
Apt. A
Brooklyn, NY 11216

Amaechi George Ozor
305 Quincy Street
Apt. A
Brooklyn, NY 11216

Howard B. Higgins
P.O. Box 455
Pocatello, ID 83204-0455

Howard J. Stein
70 W. Madison Street
Suite 2100
Chicago, IL 60602

Jay Michael Goldman
Law Office of Dek Ketchum
900 Veterans Boulevard
Suite 600
Redwood City, CA 94063

Louis (Michael) Alexander Boli
Law Office of Michael L. Boli
1501 - 37th Avenue Suite G
Building 26
Oakland, CA 94601

Dated: November 13, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk