1  DEK KETCHUM, SB #48109
   JAY M. GOLDMAN, SB #168141
2  LAW OFFICES OF DEK KETCHUM
   900 Veterans Boulevard, Suite 600
3  Redwood City, Calif. 94063
   Telephone:  (650) 368-2588
4  Facsimile:   (650) 369-7183
   Dekket@pacbell.net
5  JGoldman1@aol.com

6  Attorneys for Defendant
   Farr Financial, Inc.
7

FILED

DEC 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR

8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11

12  HOWARD B. HIGGINS, an individual,   )   No.  C 07-02200 JSW
                                         )
13       Plaintiff,                      )
                                         )   **STIPULATION AND
14       vs.                             )   PROPOSED ORDER TO
                                         )   EXTEND DEFENDANT FARR
15  FARR FINANCIAL, INC., a California   )   FINANCIAL, INC.'S ("FARR")
    Corporation, ZENITH INVESTMENT       )   TIME TO REPLY TO
16  GROUP LLC, a California Limited      )   PLAINTIFF'S OPPOSITION TO
    Liability Company, AMAECHI           )   FARR'S MOTION TO DISMISS**
17  GEORGE OZOR, an individual, and      )
    JOHN/JANE DOES I-X, individuals or   )   Motion To Dismiss
18  entities whose identities are unknown,)  Hearing Date: Jan. 4, 2008
                                         )   Time: 9:00 a.m.
19       Defendants.                     )   Judge: Hon. Jeffery S. White
    _____)/  Ctrm.: 2, 17th Floor
20                                           Trial: None Set

21

22       Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins,

23  hereby stipulate to extend the time for Farr Financial, Inc. to file a reply to Plaintiff's

24  opposition to Farr's pending motion to dismiss from December 4, 2007, to December

25  11, 2007, and the stipulating parties hereby respectfully request an order by this Court

26  approving this extension.

27       Farr filed its motion to dismiss on October 22, 2007, and set a hearing date for

28  November 30, 2007. Thereafter, plaintiff requested, and Farr agreed to stipulate to, a

LAW OFFICES OF
KETCHUM
SUITE 600
CITY CA 94063
(650) 368-2588

STIPULATION AND PROPOSED ORDER TO EXTEND FARR FINANCIAL'S REPLY DEADLINE BY ONE WEEK CASE NO. C 07-02200 JSW

request to this Court to continue the hearing date to December 14, 2007, in part to allow plaintiff more time to obtain California counsel. This Court responded with an order entered November 13, 2007, wherein it continued the hearing date to January 4, 2008, set a November 27, 2007, date for plaintiff to file his opposition, and a December 4, 2007, date for Farr to file any reply to the opposition.

Moreover, the Court stated in its order that: "If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested."

Good cause exists to grant the proposed order to extend time for Farr to reply to plaintiff's opposition to the motion to dismiss. Neither of Farr's counsel received plaintiff's opposition papers until they arrived in the mail mid-day on Thursday, November 29, 2007. (Plaintiff is appearing pro se in this case, and therefore has not been electronically filing documents with the court. Therefore plaintiff's papers were not electronically served on Farr's counsels.)

Moreover, plaintiff's opposition consists of a twenty-four (24) page memorandum of points and authorities, as well as a declaration with sixty-one (61) pages of attachments. Absent an extension of time to file a reply, Farr will have only about 2.5 court days to prepare a response to all of plaintiff's opposition arguments.

In addition, granting the requested extension of time for Farr to file its reply would not alter any hearing or other matter set by this Court. In fact, other than the date for Farr to file its reply, there are no other pending deadlines or court dates in this case prior to the January 4, 2008, date for the hearing on Farr's motion to dismiss, and the case management conference also set for January 4, 2008.

Therefore, the only impact that this stipulation and proposed order will have on

///

2

STIPULATION AND PROPOSED ORDER TO EXTEND FARR FINANCIAL'S REPLY DEADLINE BY ONE WEEK CASE No. C 07-02200 JSW

11/30/2007  17:41  2082334895                NORMAN G REECE PC                          PAGE  03/03

1  this Court's schedule, if it is granted, is to move Farr Financial, Inc.'s time to file a
2  reply by one week, to December 11, 2007.
3  IT IS SO STIPULATED:
4
5  Dated: November 30, 2007          LAW OFFICES OF DEK KETCHUM
6
7                                    By: _____
8                                         JAY M. GOLDMAN
                                      Attorneys for Defendant Farr Financial, Inc.
9
10 Dated: November 30, 2007
11
12                                    By: _____
                                           HOWARD B. HIGGINS
13                                    Plaintiff Pro Se
14
15                                        **ORDER**
16    Good cause appearing, IT IS SO ORDERED that the time for defendant Farr
17 Financial, Inc. ("Farr") to file its reply to plaintiff's opposition to Farr's motion to
18 dismiss is hereby extended by one week from December 4, 2007, to December 11,
19 2007.
20      DEC 0 3 2007
   Dated: ~~November ___, 2007~~
21
22                                    _____
                                       HON. JEFFREY S. WHITE
23                                     United States District Judge
24
25
26
27
28

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

3

STIPULATION AND PROPOSED ORDER TO EXTEND FARR FINANCIAL'S REPLY DEADLINE BY ONE WEEK CASE No. C 07-02200 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

      Plaintiff,

v.

FARR FINANCIAL INC., ET AL et al,

      Defendant.
_____/

Case Number: CV07-02200 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard B. Higgins
P.O. Box 455
Pocatello, ID 83204-0455

Jay Michael Goldman
Law Office of Dek Ketchum
900 Veterans Boulevard
Suite 600
Redwood City, CA 94063

Dated: December 3, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk