1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   HOWARD B. HIGGINS,
10              Plaintiff,                    No. C 07-02200 JSW
11       v.
12  FARR FINANCIAL INC., ET AL,               **ORDER CONTINUING HEARING**
13              Defendants.
14  _____/

Before plaintiff Howard B. Higgins ("Higgins") retained counsel, he filed an opposition to defendant Farr Financial, Inc.'s ("Farr Financial") motion to dismiss. The hearing on Farr Financial's motion is currently set to be heard on January 18, 2008. On January 10, 2008, the Court granted a *pro hac vice* application by Norman G. Reece, Jr. to represent Higgins in the above-captioned matter. In order to give Higgins an opportunity to have his counsel file an opposition or a statement of non-opposition to the motion, the Court HEREBY CONTINUES the hearing to February 29, 2008 at 9:00 a.m. Higgins shall file an amended opposition or statement of non-opposition by no later than February 8, 2008. Farr Financial shall file an amended reply by February 15, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

The Court FURTHER CONTINUES the Case Management Conference to be heard on February 29, 2008 following the hearing on Farr Financial's motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE