DEK KETCHUM, SB #48109
JAY M. GOLDMAN, SB #168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, Calif. 94063
Telephone (650) 368-2588
Facsimile (650) 369-7183
Dekket@pacbell.net
JGoldman1@aol.com

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL, INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>Defendants. | No. C 07-02200 JSW<br><br>**STIPULATION BY PLAINTIFF AND DEFENDANT FARR FINANCIAL, INC. TO ADOPT THEIR RESPECTIVE OPPOSITION AND REPLY BRIEFS PRESENTLY ON FILE IN LIEU OF FILING ADDITIONAL BRIEFS ON FEBRUARY 8 AND 15, 2008, AND TO SUSPEND THE HEARING AND CMC DATES SET FOR FEBRUARY 29, 2008, FOR FOUR WEEKS DUE TO PLAINTIFF'S COUNSEL'S CANCER SURGERY; PROPOSED ORDER** |

Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins, by and through their respective counsels, submit this stipulation and proposed order in response to: (1) the Court's January 11, 2008, Order Continuing Hearing; and (2) the necessity expressed by plaintiff's counsel for scheduling changes, as expressed in plaintiff's Notice Of Appearance And Declaration Of M. Van Smith In Support of Request To Extend Date of Motion ("Notice").

This Court, in its order of January 11, 2008, gave plaintiff the opportunity to file

an additional opposition brief to Farr's pending motion to dismiss by February 8, 2008, and gave Farr the opportunity to file an additional reply brief by February 15, 2008. However, the parties wish to simply adopt their previously filed opposition and reply briefs rather than file additional briefs or materials.

Further, the parties recognize that, due to the serious nature of plaintiff's counsel's medical condition as outlined in the Notice he has filed, and unknown medical factors governing when he may return to work which cannot be determined prior to surgery set for January 22, 2008, plaintiff's counsel is uncertain at this time as to precisely when he may be sufficiently recovered to prepare for and appear at the hearing on Farr's motion to dismiss and the Case Management Conference in this matter. As a result, plaintiff's counsel has requested that Farr agree to temporarily suspend the February 29, 2008, hearing date on Farr's motion to dismiss, and the Case Management Conference set for the same date, and to allow plaintiff's counsel four weeks time to determine when he may be able to appear in court on this matter. Farr is amenable to a reasonable delay in light of plaintiff counsel's medical condition, and therefore does not oppose this request. As a result, the parties stipulate to the temporary suspension of the February 29, 2008, hearing on Farr's Motion To Dismiss, and the Case Management Conference set for the same day, with the requirement that plaintiff's counsel must inform the Court and the parties in this matter by February 22, 2008, as to when he expects he will be able to resume his duties in this matter.

Further, the parties request that, after February 22, 2008, the court reset the hearing on Farr's Motion To Dismiss and the Case Management Conference for a date it deems appropriate.

IT IS SO STIPULATED.

Dated: January 18, 2008

LAW OFFICES OF DEK KETCHUM

By: [signature]
JAY M. GOLDMAN
Attorneys for Defendant Farr Financial, Inc.

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

Dated: January 17, 2008

M. VAN SMITH, ESQ.

By: M Van Smith
M. VAN SMITH
Attorney for Plaintiff Howard B. Higgins

**ORDER**

Good cause appearing, **IT IS SO ORDERED** that:

1. Plaintiff's previously filed opposition to Farr Financial, Inc.'s pending motion to dismiss, and Farr Financial, Inc.'s previously filed reply, shall be adopted in lieu of the option of additional filings as originally provided in this Court's January 11, 2008, Order Continuing Hearing; and

2. The February 29, 2008, hearing on Farr Financial, Inc.'s pending Motion To Dismiss, and the Case Management Conference set for the same date, is temporarily suspended pending receipt of information from Plaintiff's counsel as to when he will recover from pending surgery. Plaintiff's counsel is to inform the Court and the parties of his expected recovery date by February 22, 2008, and the Court will reset these matters thereafter as it deems appropriate

Dated: January 18, 2008

Jeffrey S White
HON. JEFFREY S. WHITE
United States District Judge

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588