IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

    Plaintiff,

    v.

FARR FINANCIAL INC., ET AL,

    Defendant.

No. C 07-02200 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on September 19, 2008 on the motion to dismiss filed by defendant Farr Financial, Inc. ("Farr Financial"). The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by June 18, 2008 and Farr Financial's reply, if any, shall be due by June 25, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE