DEK KETCHUM, SB #48109
JAY M. GOLDMAN, SB #168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, Calif. 94063
Telephone: (650) 368-2588
Facsimile: (650) 369-7183
Dekket@pacbell.net
JGoldman1@aol.com

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD B. HIGGINS, an individual,  )   No. C 07-02200 JSW
                                    )
    Plaintiff,                      )   STIPULATION AND
                                    )   ~~PROPOSED~~ ORDER TO
    vs.                             )   CHANGE OPPOSITION AND
                                    )   REPLY BRIEFING SCHEDULE
FARR FINANCIAL, INC., a California  )   PERTAINING TO DEFENDANT
Corporation, ZENITH INVESTMENT      )   FARR FINANCIAL, INC.'S
GROUP LLC, a California Limited     )   MOTION TO DISMISS
Liability Company, AMAECHI          )   PLAINTIFF'S AMENDED
GEORGE OZOR, an individual, and     )   COMPLAINT
JOHN/JANE DOES I-X, individuals or  )
entities whose identities are unknown, )  Motion To Dismiss
                                    )   Hearing Date: Sept. 19, 2008
    Defendants.                     )   Time: 9:00 a.m.
_____/   Judge: Hon. Jeffery S. White
                                        Ctrm.: 2, 17th Floor
                                        Trial: None Set

Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins ("Higgins"), hereby stipulate to extend the time for Higgins to file an opposition to Farr's pending motion to dismiss from June 18, 2008, to June 30, 2008, and to extend the time for Farr to file a reply to the opposition from June 25, 2008, to July 15, 2008. The stipulating parties hereby respectfully request an order by this Court approving this extension.

LAW OFFICES OF
DEK KETCHUM
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY BRIEFING SCHEDULE CASE NO. C 07-02200 JSW

Farr filed its motion to dismiss plaintiff's amended complaint on June 2, 2008, and set a hearing date for September 19, 2008.

On June 4, 2008, this Court issued its Order Setting Briefing Schedule. This order changed the opposition and reply briefing schedule deadlines from those required under the Northern District's rules to June 18, 2008 for the opposition, and June 25, 2008, for the reply. The Court did not alter the September 19, 2008 hearing date.

However, the Court also stated in its order that if the parties wish to modify the new briefing schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

Good cause to modify the new briefing schedule exists. Lead counsel for Farr, Howard J. Stein, and counsel for Higgins, did not anticipate that the briefing schedules would be changed by the Court from late August and early September to June, 2008. Due to the fact that these counsel have other previously scheduled matters in the month of June, it would be extremely difficult to adhere to the new briefing schedule set by this Court. Moreover, granting the requested change to the briefing schedule for the opposition and reply briefs will not alter any hearing or other matter set by this Court.

The only impact that this stipulation and proposed order will have on this Court's schedule, if it is granted, would be to delay the completion of briefing on the motion to dismiss, set for hearing on September 19, 2008, from late-June to July 15, 2008. Therefore, the parties respectfully request that the Court grant their requested alteration of the new briefing schedule.

IT IS SO STIPULATED:

Dated: June 6, 2008          LAW OFFICES OF DEK KETCHUM

                             By: /s/ Jay M. Goldman
                             JAY M. GOLDMAN
                             Attorneys for Defendant Farr Financial, Inc.

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-7598

2

STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE Case No. C 07-02200 JSW

Dated: June 7, 2008

M. VAN SMITH, ESQ.

By: _M. Van Smith_
M. VAN SMITH
Attorney for Plaintiff Howard B. Higgins

**ORDER**

Good cause appearing, **IT IS SO ORDERED** that the time for plaintiff Howard B. Higgins ("Higgins") to file its opposition to defendant Farr Financial, Inc.'s motion to dismiss Higgins' amended complaint is hereby **GRANTED**. Higgins' opposition to the motion to dismiss shall be due by June 30, 2008, and Farr's reply, if any, shall be due by July 15, 2008.

Dated: June 11, 2008

_Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Judge

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

3

STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE CASE No. C 07-02200 JSW