IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

    Plaintiff,                                         No. C 07-02200 JSW

    v.

FARR FINANCIAL INC., ET AL,                 **ORDER RE MOTION TO DISMISS**

    Defendant.

_____/

        On July 7, 2008, plaintiff Howard B. Higgins ("Higgins") filed an opposition to the motion to dismiss filed by defendant Farr Financial, Inc. ("Farr Financial"). Higgins' opposition was filed a week late and exceeded this Court's page limits. Accordingly, the Court HEREBY STRIKES Higgins' opposition. Higgins shall have until July 23, 2008 to file an opposition in accordance with the Local Civil Rules and this Court's Standing Orders. The Court will not consider any opposition filed after this date or review any pages which exceed the fifteen page limit. Farr Financial shall file its reply, if any, by no later than August 1, 2008.

    **IT IS SO ORDERED.**

Dated: July 14, 2008

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE