IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

    Plaintiff,

    v.

FARR FINANCIAL INC., ET AL,

    Defendants.

No. C 07-02200 JSW

**ORDER VACATING HEARING DATE**

The motion to dismiss filed by Farr Financial Incorporated is currently set for hearing on Friday, September 19, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 19, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE