```
DEK KETCHUM, SB #48109
JAY M. GOLDMAN, SB #168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, Calif. 94063
Telephone:  (650) 368-2588
Facsimile:   (650) 369-7183
Dekket@pacbell.net
JGoldman1@aol.com
```

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL, INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>    Defendants. | No. C 07-02200 JSW<br><br>**STIPULATION BY PLAINTIFF AND DEFENDANT FARR FINANCIAL, INC. TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT, AND** ~~PROPOSED~~ **ORDER** |

On December 10, 2008, Plaintiff Howard B. Higgins filed a Second Amended Complaint And Demand For Jury Trial ("Second Amended Complaint"). Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins, by and through their respective counsels, submit this stipulation, in which they agree that the time for defendants in this matter to respond to the Second Amended Complaint is extended by ten days through January 9, 2009.

///

LAW OFFICES OF
DEK KETCHUM
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT - No. C 07-02200 JSW

1  Good cause exists to support this stipulation and the request that this Court grant
2  the accompanying proposed order.  Due to the holiday season, Farr has not had
3  sufficient time to prepare a response, and therefore requires an additional ten days to do
4  so.  There have not been any prior requests to extend the time to respond to the Second
5  Amended Complaint.  Moreover, the parties do not know of any other deadlines or
6  events set in this case, and therefore conclude that the requested ten day extension will
7  not have any other effect on the schedule of this case.
8  This stipulation and proposed order, if it is granted, avoids the necessity for Farr
9  to file, and for this Court to adjudicate, an administrative motion under Local Rule 7-11
10 in this regard.  Therefore, the parties respectfully request that the Court grant their
11 proposed order.

13 IT IS SO STIPULATED:
14 Dated: December 26, 2008          LAW OFFICES OF DEK KETCHUM

16                                    By: _____
17                                         JAY M. GOLDMAN
                                      Attorneys for Defendant Farr Financial, Inc.

19 Dated: December  , 2008           M. VAN SMITH, ESQ.

20                                    By: _____
21                                         M. VAN SMITH
                                      Attorney for Plaintiff Howard B. Higgins

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

2

STIPULATION TO EXTEND TIME TO PLAINTIFF'S SECOND AMENDED COMPLAINT - No. C 07-02200 JSW

Good cause exists to support this stipulation and the request that this Court grant the accompanying proposed order. Due to the holiday season, Farr has not had sufficient time to prepare a response, and therefore requires one additional week to do so. There have not been any prior requests to extend the time to respond to the Second Amended Complaint. Moreover, the parties do not know of any other deadlines or events set in this case, and therefore conclude that the requested one week extension will not have any other effect on the schedule of this case.

This stipulation and proposed order, if it is granted, avoids the necessity for Farr to file, and for this Court to adjudicate, an administrative motion under Local Rule 7-11 in this regard. Therefore, the parties respectfully request that the Court grant their proposed order.

IT IS SO STIPULATED:

Dated: December 26, 2008        LAW OFFICES OF DEK KETCHUM

By: _____
    JAY M. GOLDMAN
Attorneys for Defendant Farr Financial, Inc.

Dated: December 30, 2008        M. VAN SMITH, ESQ.

By: M. Van Smith
    M. VAN SMITH
Attorney for Plaintiff Howard B. Higgins

LAW OFFICES OF DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

2

STIPULATION TO EXTEND TIME TO PLAINTIFF'S SECOND AMENDED COMPLAINT - No. C 07-02200 JSW

## ORDER

Good cause appearing, **IT IS SO ORDERED** that the stipulation and proposed order is **GRANTED**. Farr shall have through January 9, 2009, to file a response to the Second Amended Complaint in this mater.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 5, 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

3

STIPULATION TO EXTEND TIME TO PLAINTIFF'S SECOND AMENDED COMPLAINT - No. C 07-02200 JSW