IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD B. HIGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>FARR FINANCIAL INC., ET AL,<br><br>    Defendant.<br>_____/ | No. C 07-02200 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR FARR FINANCIAL'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

    This matter is set for a hearing on March 6, 2009 on the motion to dismiss filed by defendant Farr Financial, Inc. ("Farr Financial"). The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by January 26, 2009 and Farr Financial's reply, if any, shall be due by February 2, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 12, 2009

                                                           JEFFREY S. WHITE<br>
                                                           UNITED STATES DISTRICT JUDGE