DEK KETCHUM, SB #48109
JAY M. GOLDMAN, SB #168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, CA 94063
Telephone: (650) 368-2588
Facsimile: (650) 369-7183
Dekket@pacbell.net
JGoldman1@aol.com

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, <br><br> Defendants. | Case No. C 07-02200 JSW <br><br> STIPULATION BY PLAINTIFF AND FARR FINANCIAL RE PLAINTIFF'S OPPOSITION TO FARR FINANCIAL'S MOTION TO DISMISS COUNTS IX AND XI OF PLAINTIFF'S SECOND AMENDED COMPLAINT |

Plaintiff and Farr Financial, by and through their respective attorneys of record, hereby stipulate that the time in which Plaintiff's opposition to Farr Financial's Motion to

Dismiss certain counts of the Second Amended Complaint may be extended to February 5, 2009, and that any reply brief from Farr Financial may be extended to one week following the filing of Plaintiff's opposition.

IT IS SO STIPULATED.

Dated: January 30, 2009        LAW OFFICES OF DEK KETCHUM

                               By _____
                                  JAY M. GOLDMAN
                                  Attorneys for Defendant Farr Financial, Inc.

Dated: January 30, 2009        NORMAN G. REECE, P.C.

                               By _____
                                  NORMAN G. REECE, P.C.
                                  Attorney for Plaintiff Howard B. Higgins
                                  (Pro Hac Vice)

The parties are HEREBY ADMONISHED to file proposed orders with any future stipulations.
February 3, 2009

IT IS SO ORDERED
Judge Jeffrey S. White

STIPULATION BY PLAINTIFF AND FARR FINANCIAL RE PLAINTIFF'S OPPOSITION TO FARR FINANCIAL'S MOTION TO DISMISS COUNTS IX AND XI OF PLAINTIFF'S SECOND AMENDED COMPLAINT - Case No. C 07-02200 JSW
Page 2
06-604.56

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. My business address is 900 Veterans Boulevard, Suite 600, Redwood City, California 94063. On the date mentioned below, I served a true copy(ies) of the following documents:

**STIPULATION BY PLAINTIFF AND FARR FINANCIAL RE PLAINTIFF'S OPPOSITION TO FARR FINANCIALS MOTION TO DISMISS COUNTS IX AND XI OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the Addressees below named in said action by:

[X]   First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at Redwood City, California.

Amaechi George Ozor
305 Quincy Street, Apt. A
Brooklyn NY 11216

Zenith Investment Group LLC
305 Quincy Street, Apt. A
Brooklyn NY 11216

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 2, 2009, at Redwood City, California.

_____
Terri Prucyk

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 340
REDWOOD CITY CA 94063
(650) 368-2588