M. Van Smith
State Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Tel: (408) 364-1062
Fax: (408) 273-6496
E-Mail: mvsmith@sbcglobal.net

Norman G. Reece, Jr.
Idaho State Bar No. 3898
NORMAN G. REECE, P.C.
445 West Chubbuck Road, Suite D
Chubbuck, Idaho 83202
Tel: (208) 233-0128
Fax: (208) 233-4895
E-Mail: normreecelaw@aol.com
*Pro Hac Vice*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

HOWARD B. HIGGINS, an individual,

Plaintiff,

vs.

FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,

Defendants.

Case No. C 07-02200 JSW

**STIPULATION TO CONTINUE AND** ~~PROPOSED~~ **ORDER**

|   |   |
|---|---|
| 1 | Defendant, Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins, by and through their respective attorneys, submit this stipulation, in which they agree that oral argument on Farr's Motion to Dismiss Counts IX and XI of Plaintiff's Second Amended Complaint, currently set for 9:00 a.m. on March 6, 2009, may be continued to 9:00 a.m. on May 1, 2009. |

Good cause exists to continue oral argument as set forth in this stipulation. Plaintiff's local counsel, M. Van Smith, has suffered a heart attack and is currently in intensive care. Plaintiff's other counsel, Norman G. Reece, Jr., learned about Mr. Smith's health concerns just yesterday. Mr. Reece learned that Mr. Smith is not expected to be available for oral argument until May of this year. Plaintiff's attorneys had planned to have Mr. Smith appear on March 6th and present oral argument in opposition to Farr's motion to dismiss. Mr. Reece cannot be in San Francisco for oral argument because of other commitments he has made in reliance on Mr. Smith's being available for oral argument on March 6, 2009. First, Mr. Reece has some family commitments out of state on March 6, 2009. Second, Mr. Reece has been invited to and was planning to attend a wedding for some close friends on March 7, 2009. The wedding is likewise out of state. The May 1st date for oral argument accommodates the schedules of all counsel. If Mr. Smith is not fully recovered by that time, Mr. Reece will plan to be present on May 1, 2009.

Counsel for Farr checked the availability dates for the Court on the Court's website. May 1, 2009 is the earliest available date, according to the website. Granting the requested change to the hearing date will not alter any hearing or other matter set by the Court.

STIPULATION TO CONTINUE AND PROPOSED ORDER - Case No. C 07-02200 JSW
Page 2
06-604.62

IT IS SO STIPULATED.

Dated: March 5, 2009　　　　　　　　LAW OFFICES OF DEK KETCHUM

By: _____
JAY M. GOLDMAN
Attorneys for Defendant, Farr Financial, Inc.

Dated: March 5, 2009　　　　　　　　NORMAN G. REECE, P.C.

By: _____
NORMAN G. REECE, JR.
Attorney for Plaintiff, Howard B. Higgins

### ORDER

Good cause appearing, **IT IS ORDERED** that the stipulation is **GRANTED**. Oral argument on Farr Financial's Motion to Dismiss shall be continued to 9:00 a.m. on May 1, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION TO CONTINUE AND ~~PROPOSED~~ ORDER - Case No. C 07-02200 JSW
Page 3
06-604.62