1  DEK KETCHUM, SB #48109
   JAY M. GOLDMAN, SB #168141
2  LAW OFFICES OF DEK KETCHUM
   900 Veterans Boulevard, Suite 600
3  Redwood City, Calif. 94063
   Telephone:   (650) 368-2588
4  Facsimile:    (650) 369-7183
   Dekket@pacbell.net
5  JGoldman1@aol.com

6  Attorneys for Defendant
   Farr Financial, Inc.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11
   HOWARD B. HIGGINS, an individual, )    No.  C 07-02200 JSW
12                                    )
         Plaintiff,                   )    **STIPULATION BY PLAINTIFF**
13                                    )    **AND DEFENDANT FARR**
         vs.                          )    **FINANCIAL, INC. TO EXTEND**
14                                    )    **TIME FOR ALL DEFENDANTS**
   FARR FINANCIAL, INC., a California )    **TO RESPOND TO PLAINTIFF'S**
15 Corporation, ZENITH INVESTMENT     )    **THIRD AMENDED**
   GROUP LLC, a California Limited     )    **COMPLAINT**
16 Liability Company, AMAECHI         )
   GEORGE OZOR, an individual, and    )    Judge: Hon. Jeffery S. White
17 JOHN/JANE DOES I-X, individuals or )    Ctrm.: 2, 17th Floor
   entities whose identities are unknown, )  Trial: None Set
18                                    )
         Defendants.                   )
19 _____)
                                      /
20

21      Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins

22 ("Higgins"), hereby stipulate to provide for Farr to have ten (10) additional days,

23 through August 20, 2009, to file a response to Higgins' Third Amended Complaint.

24      Good cause exists to support this stipulation and the request that this Court grant

25 the accompanying proposed order.  Lead Farr counsel, Howard Stein, has a trial in

26 another matter which will occur prior to the existing August 10, 2009, filing deadline,

27 and therefore requires ten additional days to prepare a response to the Third Amended

28 Complaint.

1    There have not been any prior requests to extend the time to respond to the

2  Third Amended Complaint. Moreover, the parties do not know of any other deadlines

3  or events set in this case, and therefore conclude that the requested ten day extension

4  will not have any other effect on the schedule of this case.

5    This stipulation and proposed order, if it is granted, avoids the necessity for Farr

6  to file, and for this Court to adjudicate, an administrative motion under Local Rule 7-11

7  in this regard. Therefore, the parties respectfully request that the Court grant their

8  proposed order.

9

10  IT IS SO STIPULATED:

11

12  Dated: July 30, 2009                LAW OFFICES OF DEK KETCHUM

13

14                                      By: _____
                                             JAY M. GOLDMAN
15                                      Attorneys for Defendant Farr Financial, Inc.

16

17  Dated: July 30, 2009                NORMAN G. REECE, P.C.

18                                      By: _____
                                             NORMAN G. REECE, JR.
19                                      Attorney for Plaintiff Howard B. Higgins
                                             (Pro Hac Vice)
20

21

22

23

24

25

26

27

28

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2585

2

STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT - NO. C 07-02200 JSW

## ORDER

Good cause appearing, **IT IS SO ORDERED** that the stipulation and proposed order is **GRANTED.**  Farr shall have through August 20, 2009, to file a response to the Third Amended Complaint in this mater.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~July~~ August 3 ___, 2009

_Jeffrey S White_
HON. JEFFREY S. WHITE
United States District Judge

Law Offices of
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT - No. C 07-02200 JSW