1  DEK KETCHUM, SB #48109
   JAY M. GOLDMAN, SB #168141
2  LAW OFFICES OF DEK KETCHUM
   900 Veterans Boulevard, Suite 600
3  Redwood City, Calif. 94063
   Telephone:  (650) 368-2588
4  Facsimile:  (650) 369-7183
   Dekket@pacbell.net
5  JGoldman1@aol.com

6  Attorneys for Defendant
   Farr Financial, Inc.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  HOWARD B. HIGGINS, an individual, )    No.  C 07-02200 JSW
                                      )
13        Plaintiff,                  )    **STIPULATION BY PLAINTIFF**
                                      )    **AND DEFENDANT FARR**
14        vs.                         )    **FINANCIAL, INC. TO EXTEND**
                                      )    **TIME BY FOUR DAYS FOR**
15  FARR FINANCIAL, INC., a California )    **ALL DEFENDANTS TO**
    Corporation, ZENITH INVESTMENT    )    **RESPOND TO PLAINTIFF'S**
16  GROUP LLC, a California Limited    )    **THIRD AMENDED**
    Liability Company, AMAECHI        )    **COMPLAINT**
17  GEORGE OZOR, an individual, and    )
    JOHN/JANE DOES I-X, individuals or )    Judge: Hon. Jeffery S. White
18  entities whose identities are unknown, )  Ctrm.: 2, 17th Floor
                                      )    Trial: None Set
19        Defendants.                 )
    _____    )
20                                    /

21        Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins

22  ("Higgins"), hereby stipulate to provide for Farr to have four (4) additional days, from

23  Thursday August 20, 2009 through Monday, August 24, 2009, to file a response to

24  Higgins' Third Amended Complaint.

25        Good cause exists to support this stipulation and the request that this Court grant

26  the accompanying proposed order.  Due to a trial and vacation schedules, counsel for

27  Farr require an additional four (4) calendar days (which is only two (2) additional

28

1  court days) to prepare and file a response to the Third Amended Complaint.

2        There has only been one prior request for an extension of time to respond to the

3  Third Amended Complaint, which was for a ten day extension of time.  Moreover, the

4  parties do not know of any other deadlines or events set in this case, and therefore

5  conclude that the requested four (4) day extension will not have any other effect on the

6  schedule of this case.

7        This stipulation and proposed order, if it is granted, avoids the necessity for Farr

8  to file, and for this Court to adjudicate, an administrative motion under Local Rule 7-11

9  in this regard.  Therefore, the parties respectfully request that the Court grant their

10  proposed order.

11

12  IT IS SO STIPULATED:

13

14  Dated: August 17, 2009          LAW OFFICES OF DEK KETCHUM

15

16                          By: _____

17                              JAY M. GOLDMAN
                              Attorneys for Defendant Farr Financial, Inc.
18

19  Dated: August 17, 2009          NORMAN G. REECE, P.C.

20

21                          By: _____
                              NORMAN G. REECE, JR.
22                          Attorney for Plaintiff Howard B. Higgins
                              (Pro Hac Vice)
23

24

25

26

27

28

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

2

STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT - No. C 07-02200 JSW

## ORDER

Good cause appearing, **IT IS SO ORDERED** that the stipulation and proposed order is **GRANTED.** Farr shall have through August 24, 2009, to file a response to the Third Amended Complaint in this mater.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 19 , 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

3