IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD B. HIGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>FARR FINANCIAL INC., ET AL,<br><br>    Defendant.<br>_____/ | No. C 07-02200 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE RE FARR FINANCIAL'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

    This matter is set for a hearing on October 30, 2009 on the motion to dismiss filed by defendant Farr Financial, Inc. ("Farr Financial"). The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by September 8, 2009 and Farr Financial's reply, if any, shall be due by September 15, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 25, 2009

                                                   JEFFREY S. WHITE<br>                                                   UNITED STATES DISTRICT JUDGE