Norman G. Reece, Jr.
Idaho State Bar No. 3898
NORMAN G. REECE, P.C.
445 West Chubbuck Road, Suite D
Chubbuck, Idaho 83202
Tel: (208) 233-0128
Fax: (208) 233-4895
E-Mail: normreecelaw@aol.com
*Pro Hac Vice*

Attorney for Plaintiff

DEK KETCHUM, SB No. 48109
JAY M. GOLDMAN, SB No. 168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, Calif. 94063
Tel: (650) 368-2588
Fax: (650) 369-7183
E-Mail: JGoldman1@aol.com

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, <br><br> Defendants. | Case No. C 07-02200 JSW <br><br> **STIPULATION TO CONTINUE AND** ~~PROPOSED~~ **ORDER** <br><br> Judge: Hon. Jeffrey S. White <br> Ctrm.: 2, 17th Floor <br> Trial: None Set |

STIPULATION TO CONTINUE AND PROPOSED ORDER - Case No. C 07-02200 JSW
Page 1
06-604.62

Plaintiff Howard B. Higgins, and Defendant, Farr Financial, Inc. ("Farr") through their respective attorneys, submit this stipulation, in which they agree that oral argument on Farr's Motion to Dismiss the Eleventh Cause of Action of Plaintiff's Third Amended Complaint, currently set for 9:00 a.m. on October 30, 2009, may be continued to 9:00 a.m. on December 18, 2009.

Good cause exists to continue oral argument as set forth in this stipulation. Due to intervening conflicts in the schedules of Plaintiffs' counsel, the October 30th setting is no longer workable. There have been no prior requests to continue the hearing on Farr's motion to dismiss. Moreover, there are no other deadlines or events in this case that would be impacted by the requested continuance. The December 18th date for oral argument accommodates the schedules of all counsel.

Counsel have checked the availability dates for the Court on the Court's website. December 18, 2009 is the earliest available date, which accommodates the schedules of all counsel.

IT IS SO STIPULATED.

Dated: October 23, 2009                NORMAN G. REECE, P.C.

                                       By: _Norman G. Reece, Jr._
                                       NORMAN G. REECE, JR.
                                       Attorney for Plaintiff, Howard B. Higgins
                                       (Pro Hac Vice)

| | | |
|---|---|---|
| 1 | Dated: October 23, 2009 | LAW OFFICES OF DEK KETCHUM |

By: /s/ Jay M. Goldman
JAY M. GOLDMAN
Attorneys for Farr Financial, Inc.

### ORDER

~~Good cause appearing, IT IS ORDERED that the stipulation is GRANTED. Oral argument on Farr Financial's Motion to Dismiss the Eleventh Cause of Action of Plaintiff's Third Amended Complaint shall be continued to 9:00 a.m. on December 18, 2009.~~  The Court DENIES the stipulation as MOOT.

~~PURSUANT TO STIPULATION,~~ IT IS SO ORDERED.

Dated: October 27, 2009

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION TO CONTINUE AND PROPOSED ORDER - Case No. C 07-02200 JSW
Page 3
06-604.72