| | |
|---|---|
| 1 | Norman G. Reece, Jr. |
| | Idaho State Bar No. 3898 |
| 2 | NORMAN G. REECE, P.C. |
| | 445 West Chubbuck Road, Suite D |
| 3 | Chubbuck, Idaho 83202 |
| 4 | Tel: (208) 233-0128 |
| | Fax: (208) 233-4895 |
| 5 | E-Mail: normreecelaw@aol.com |
| 6 | *Pro Hac Vice* |
| 7 | Attorney for Plaintiff |
| 8 | |
| | DEK KETCHUM, SB No. 48109 |
| 9 | JAY M. GOLDMAN, SB No. 168141 |
| | LAW OFFICES OF DEK KETCHUM |
| 10 | 900 Veterans Boulevard, Suite 600 |
| 11 | Redwood City, Calif. 94063 |
| | Tel: (650) 368-2588 |
| 12 | Fax: (650) 369-7183 |
| 13 | E-Mail: JGoldman1@ aol.com |
| 14 | Attorneys for Defendant |
| 15 | Farr Financial, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, | |
| Plaintiff, | Case No. C 07-02200 JSW |
| vs. | |
| FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, | **STIPULATION TO CONTINUE AND ~~PROPOSED~~ ORDER**<br><br>Judge: Hon. Jeffrey S. White<br>Ctrm.: 2, 17th Floor<br>Trial: None Set |
| Defendants. | |

STIPULATION TO CONTINUE AND ~~PROPOSED~~ ORDER - Case No. C 07-02200 JSW
Page 1
06-604.73

Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins ("Higgins"), hereby stipulate to continue the Initial Case Management Conference, presently set for January 8, 2010 at 1:30 p.m.

Good cause exists to support this stipulation and the request that the Court grant the accompanying proposed order. First of all, the parties have agreed to submit this matter to mediation which will commence February 18, 2010 before a private mediator, Joan Protess. Secondly, lead counsel reside in Illinois and Idaho, and desire to have the Initial Case Management Conference postponed to a time later in 2010 when the potential for flight delays due to weather is lower.

Therefore, the parties request the Initial Case Management Conference to be continued until after the private mediation scheduled to commence February 18, 2010.

There has been no prior request to extend the January 8, 2010 conference. The parties know of no other deadline or event set in this case. Therefore, continuing the Initial Case Management Conference will not adversely affect the schedule of this case.

This stipulation and proposed order, if granted, avoids the necessity of the parties to file, and for the Court to adjudicate, an administrative motion under Local Rule 7-11 in this regard. Therefore, the parties respectfully request that the Court grant this proposed order.

IT IS SO STIPULATED.

Dated: _____

NORMAN G. REECE, P.C.

By:_____
NORMAN G. REECE, JR.
Attorney for Plaintiff, Howard B. Higgins
(*Pro Hac Vice*)

Dated: 1/4/10

LAW OFFICES OF DEK KETCHUM

By: _[signature]_
JAY M. GOLDMAN
Attorneys for Defendant, Farr Financial, Inc.

### ORDER

Good cause appearing, **IT IS ORDERED** that the stipulation and proposed order is **GRANTED**. The Initial Case Management Conference shall be postponed until after the private mediation set to commence February 18, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January ___, 2010.

_____
HON. JEFFREY S. WHITE
United States District Judge

Dated: January 4, 2010               NORMAN G. REECE, P.C.

                                     By: /s/ Norman A. Reece, Jr.
                                     NORMAN G. REECE, JR.
                                     Attorney for Plaintiff, Howard B. Higgins
                                     (Pro Hac Vice)


Dated: _____               LAW OFFICES OF DEK KETCHUM


                                     By: _____
                                     JAY M. GOLDMAN
                                     Attorneys for Defendant, Farr Financial, Inc.


## ORDER

Good cause appearing, **IT IS ORDERED** that the stipulation and proposed order is **GRANTED**. The Initial Case Management Conference shall be ~~postponed until after the private mediation set to commence February 18, 2010.~~ continued to March 5, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 5, 2010.


                                     /s/ Jeffrey S. White
                                     HON. JEFFREY S. WHITE
                                     United States District Judge


STIPULATION TO CONTINUE AND ~~PROPOSED~~ ORDER - Case No. C 07-02200 JSW
Page 3
06-604.73