DEK KETCHUM, SB #48109
JAY M. GOLDMAN, SB #168141
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, Calif. 94063
Telephone: (650) 368-2588
Facsimile: (650) 369-7183
Dekket@pacbell.net
JGoldman1@aol.com

Attorneys for Defendant
Farr Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL, INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>Defendants. | No. C 07-02200 JSW<br><br>**STIPULATION BY PLAINTIFF AND DEFENDANT FARR FINANCIAL, INC., AND PROPOSED ORDER, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 16, 2010**<br><br>Judge: Hon. Jeffery S. White<br>Ctrm.: 2, 17th Floor<br>Trial: None Set |

Defendant Farr Financial, Inc. ("Farr") and Plaintiff Howard B. Higgins ("Higgins"), hereby stipulate to continue the initial Case Management Conference in this matter, which is currently set for March 5, 2010, at 1:30 p.m., to April 16, 2010, at 1:30 p.m., and request that this Court issue an order granting this joint request for a continuance.

Good cause exists to support this stipulation and the request that this Court grant the accompanying proposed order. Plaintiff and Farr have recently mediated this case.

1  Although the parties have not yet settled this matter, progress was made and the parties
2  are continuing to negotiate a resolution of this matter. It is the hope that, if the initial
3  Case Management Conference is continued to April 16, 2010, it may be possible to
4  negotiate a resolution of this matter prior to April 16, 2010.

5  The initial Case Management Conference was set for January 8, 2010, and has
6  been continued once to March 5, 2010, in order to allow the parties to go to private
7  mediation. The parties do not know of any other deadlines or events set in this case,
8  and therefore conclude that the requested continuance will not have any other effect on
9  the schedule of this matter.

10  This stipulation and proposed order, if it is granted, avoids the necessity for
11  plaintiff Higgins and defendant Farr to file, and for this Court to adjudicate, an
12  administrative motion under Local Rule 7-11 in this regard. Therefore, the parties
13  respectfully request that the Court grant their proposed order.

15  IT IS SO STIPULATED:

17  Dated: March 1, 2010          LAW OFFICES OF DEK KETCHUM

19                                By: _____
                                   JAY M. GOLDMAN
20                                 Attorneys for Defendant Farr Financial, Inc.

22  Dated: March 1, 2010          NORMAN G. REECE, P.C.

23                                By: _____
24                                 NORMAN G. REECE, JR.
                                   Attorney for Plaintiff Howard B. Higgins
25                                 (*Pro Hac Vice*)

LAW OFFICES OF
DEK KETCHUM
906 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - No. C 07-02200 JSW

## ORDER

Good cause appearing, **IT IS SO ORDERED** that the stipulation and proposed order is **GRANTED**. The initial Case Management Conference in this matter shall be continued to April 16, 2010, at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 1, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - No. C 07-02200 JSW