1  DEK KETCHUM, SB #48109
   JENNY D. SMITH, SB #95911
2  LAW OFFICE OF DEK KETCHUM
   900 Veterans Boulevard, Suite 600
3  Redwood City, California 94063
   Telephone:  (650) 368-2588
4  Facsimile:   (650) 369-7183
   E-mail: jdsmithjd@comcast.net; dekket@aol.com
5
   Attorneys for Defendant
6  Farr Financial, Inc.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  HOWARD B. HIGGINS, an individual,    )    No.  C 07-02200 JSW
                                         )
12         Plaintiff,                    )
                                         )    [PROPOSED] ORDER
13      vs.                              )    PERMITTING CHANGE OF
                                         )    LOCAL COUNSEL
14  FARR FINANCIAL, INC., a California   )
    Corporation, ZENITH INVESTMENT       )
15  GROUP LLC, a California Limited      )
    Liability Company, AMAECHI           )
16  GEORGE OZOR, an individual, and      )
    JOHN/JANE DOES I-X, individuals or   )
17  entities whose identities are unknown,)
                                         )
18         Defendants.                   )
    _____ )
19

20      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

21      Jenny D. Smith, Dek Ketchum and the Law Offices of Dek Ketchum are hereby

22  substituted in place of Jay M. Goldman as local counsel for defendant Farr Financial,

23  Inc.  The new attorneys' address, telephone number and e-mail addresses are shown in

24  the caption.

25
                                              /s/ Jeffrey S. White
26  Dated:  September 28, 2010            _____
                                          Judge of the United States District Court
27                                        Northern District of California

28

LAW OFFICES OF
DEK KETCHUM
SUITE 600
REDWOOD CITY CA 94063   [PROPOSED] ORDER PERMITTING CHANGE OF LOCAL COUNSEL - CASE NO. C 07-02200-JSW
(650) 368-2588