UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>Defendants. | Case No. C 07-02200 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY**<br><br>Date:     October 15, 2010<br>Time:    1:30 p.m.<br>Hearing: Case Management Conference |

Plaintiff, Howard B. Higgins, by and through his attorney of record, Norman G. Reece, P.C., and Defendant, Farr Financial, Inc., by and through its attorney of record, Howard J. Stein, hereby stipulate that Norman G. Reece, Jr. and Howard J. Stein may appear telephonically at the Case Management Conference scheduled in this matter for October 15, 2010 at 1:30 p.m.

In support of this stipulation, Plaintiff and Defendant state as follows:

1. At the initial Case Management Conference in this case on April 16, 2010, this Court entered an Order staying all discovery pending a settlement conference before a Magistrate Judge and ordered a further Case Management Conference for October 15, 2010.

STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY -
Case No. C 07-02200 JSW
Page 1
06-604.81

2. The parties participated in a settlement conference before Magistrate Judge Larson on September 21, 2010, but were unable to resolve this matter.

3. The Court's Order of April 16, 2010 allowed the parties to request to appear telephonically at the October 15, 2010 Case Management Conference.

4. Lead counsel for Plaintiff, Norman G. Reece, Jr., appeared in person at the April 16, 2010 case management conference. Such counsel is located in Chubbuck, Idaho. Lead counsel for Defendant, Howard J. Stein, appeared in person at the April 16, 2010 case management conference. Such counsel is located in Chicago, Illinois. Therefore, Plaintiff and Defendant stipulate that counsel may appear telephonically at the upcoming October 15, 2010 conference to avoid the expense of traveling.

Wherefore, Plaintiff and Defendant submit this stipulation allowing Norman G. Reece, Jr. (208-233-0128) and Howard J. Stein (312-726-4514) to appear telephonically in this matter at the Case Management Conference on October 15, 2010.


Dated:   October 13, 2010         NORMAN G. REECE, P.C.


                                  By:   /s/   Norman G. Reece, Jr.
                                        NORMAN G. REECE, JR.
                                        Attorney for Plaintiff, Howard B. Higgins



Dated:   October 13, 2010              /s/   Howard J. Stein
                                  HOWARD J. STEIN
                                  Attorney for Defendant, Farr Financial, Inc.


STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY -
Case No. C 07-02200 JSW
Page 2
06-604.81

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

It is hereby ordered that Norman G. Reece, Jr. and Howard J. Stein be permitted to appear telephonically on behalf of Plaintiff, Howard B. Higgins and Defendant, Farr Financial, Inc., at the Case Management Conference in this matter on October 15, 2010 at 1:30 p.m.

Dated: October __13__, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge