1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   Higgins,                                    No. CV07-02200 JSW

6                    Plaintiff,
                                        **ORDER SCHEDULING TRIAL AND**
7        v.                                  **PRETRIAL MATTERS**

8   Farr Financial Inc.,

9                    Defendant.
                                                        /
10  ────────────────────────────

11

12          Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13  Management Statement is adopted, except as expressly modified by this Order.  It is further

14  ORDERED that:

15          **A.    DATES**

16  Trial Date:     8/22/2011, at 8:30 a.m., 4-5 days

17  Pretrial Conference:  Monday, 8/1/2011, at 2:00 p.m.

18  Last Day to Hear Dispositive Motions:  Friday, 5/20/2011, 9:00 a.m.

19  Close of ALL Discovery: 3/31/2011

20          **B.    DISCOVERY**

21          The parties are reminded that a failure voluntarily to disclose information pursuant to

22  Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

23  pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

24  non-expert discovery, lead counsel for each party shall serve and file a certification that all

25  supplementation has been completed.

26

27

28

**United States District Court**
For the Northern District of California

**C.      PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  October 19, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE