UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL, INC., a California Corporation, ZENITH GROUP LLC, A California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>    Defendants. | Case No. C 07-02200 JSW<br>[**PROPOSED**]<br>ORDER RE: PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This Cause coming on the parties' Stipulation to Extend Time for Defendant Farr Financial, Inc. to file its Opposition to Plaintiff's Motion for Summary Judgment, and good cause having been shown,

IT IS HEREBY ORDERED:

1. That the time by which defendant Farr Financial, Inc. shall file its Opposition to Plaintiff's Motion for Summary Judgment shall be extended to and including May 31, 2011;

2. That the time by which plaintiff shall file its Reply to Farr Financial's Opposition shall be extended to and including June 7, 2011.

Dated: May __26__, 2011

_____
HON. JEFFREY S. WHITE
United States District Judge