1  Norman G. Reece, Jr.
   Idaho State Bar No. 3898
2  NORMAN G. REECE, P.C.
   445 West Chubbuck Road, Suite D
3  Chubbuck, Idaho 83202
   Tel:  (208) 233-0128
4  Fax: (208) 233-4895
5  E-Mail: normreecelaw@aol.com
   *Pro Hac Vice*
6  Attorneys for Plaintiff
7
   Howard J. Stein
8  70 W. Madison St., Suite 2100
   Chicago, IL 60602
9  Tel: (312) 726-4514
   Fax: (312) 558-1209
10 E-Mail: hsteinlaw@aol.com
   Attorney for Defendant Farr Financial, Inc.
11
12
13           **UNITED STATES DISTRICT COURT**
14          **NORTHERN DISTRICT OF CALIFORNIA**
               **SAN FRANCISCO DIVISION**
15
16
17
   HOWARD B. HIGGINS, an individual,
18                                              Case No. C 07-02200 JSW
              Plaintiff,
19
20 vs.
21 FARR FINANCIAL INC., a California        **STIPULATION AND**
   Corporation, ZENITH INVESTMENT          ~~**PROPOSED**~~ **ORDER**
22 GROUP LLC, a California Limited
   Liability Company, AMAECHI
23 GEORGE OZOR, an individual, and
   JOHN/JANE DOES I-X, individuals or
24 entities whose identities are unknown,
25
26            Defendants.
27
28

---

STIPULATION AND P~~ROPOSED~~ ORDER - Case No. C 07-02200 JSW
Page 1
06-604.107

Defendant, Farr Financial, Inc. ("Farr") and Plaintiff, Howard B. Higgins, by and through their respective attorneys, submit this stipulation, in which they agree as follows:

Plaintiff's reply in support of Plaintiff's summary judgment motion, filed May 6, 2011 (Docket No. 165), currently due filed by June 3, 2011 [see Order re Stipulation to Continue Hearing Date, filed April 20, 2011 (Docket No. 155)] may be filed on or before June 9, 2011.

Good cause exists to grant this stipulation. Plaintiff's counsel previously stipulated to allow counsel for Farr Financial additional time to file an opposition to Plaintiff's summary judgment motion, and pursuant to that stipulation, the Court granted Farr until May 31, 2011 to file its opposition and ordered Plaintiff's reply filed by June 7, 2011. However, Plaintiff's counsel had other client matters that arose last week which had to be attended to immediately, and could not be postponed pending completion of the reply due in this matter. Plaintiff's counsel is still attending to those matters.

There have been no prior requests to continue the filing date for Plaintiff's reply. Moreover, there are no other deadlines or events in this case that would be impacted by the requested relief.

IT IS SO STIPULATED.


Dated: June 6, 2011                          NORMAN G. REECE, P.C.



                                             By:_____/s/_____
                                                  NORMAN G. REECE, JR.
                                             Attorney for Plaintiff, Howard B. Higgins
                                                  *(Pro Hac Vice)*

Dated: June 6, 2011                         HOWARD J. STEIN & ASSOC.


                                            By: _____/s/_____
                                                  HOWARD J. STEIN
                                            Attorneys for Defendant, Farr Financial, Inc.
                                                    *(Pro Hac Vice)*


                                    **ORDER**

    Good cause appearing, **IT IS ORDERED** that the stipulation  is **GRANTED.**
Plaintiff shall have up to and including June 9, 2011, to file a reply in support of Plaintiff's
summary judgment motion (Docket No. 165).

    **IT IS SO ORDERED.**

    Dated: ~~May~~ June 7, 2011


                                            _____
                                            HON. JEFFREY S. WHITE
                                            United States District Judge