1 | Norman G. Reece, Jr.
2 | Idaho State Bar No. 3898
  | NORMAN G. REECE, P.C.
3 | 445 West Chubbuck Road, Suite D
  | Chubbuck, Idaho 83202
4 | Tel: (208) 233-0128
  | Fax: (208) 233-4895
5 | E-Mail: normreecelaw@aol.com
  | *Pro Hac Vice*
6 | Attorneys for Plaintiff
7 |
8 | Howard J. Stein
  | 70 W. Madison St., Suite 2100
9 | Chicago, IL 60602
  | Tel: (312) 726-4514
10 | Fax: (312) 558-1209
11 | E-Mail: hsteinlaw@aol.com
   | Attorney for Defendant Farr Financial, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, | Case No. C 07-02200 JSW |
| Plaintiff, | |
| vs. | |
| FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, | **STIPULATION AND <s>PROPOSED</s> ORDER** |
| Defendants. | |

Defendant, Farr Financial, Inc. ("Farr") and Plaintiff, Howard B. Higgins, by and through their respective attorneys, submit this stipulation, in which they agree as follows:

Per this Court's Order of July 20, 2011, the case was assigned to a randomly assigned magistrate for a settlement conference. By Order of July 27, 2011, Magistrate Cousins scheduled the settlement conference in this matter for September 1, 2011. Because of a personal conflict of counsel for Defendant, such counsel will request that the settlement conference be rescheduled for a date after September 12, 2011.

The pre-trial conference is currently scheduled in this matter for September 12, 2011. The bench trial is currently scheduled in this matter for October 3, 2011.

The parties jointly request that the pre-trial conference in this matter be rescheduled (1) in order for the parties and Magistrate Cousins to conduct the settlement conference before the pre-trial filings are due and (2) to give the parties adequate time to prepare pre-trial materials in the event that they are unable to settle this matter. In the event the parties are unable to resolve this matter, they will need two weeks to prepare pre-trial materials.

In addition, the parties jointly request that the trial in this matter be continued to reflect the changed pre-trial dates.

Good cause exists to grant this stipulation. Given the current setting for pre-trial conference, submissions preparatory to the pre-trial conference will be due ***before*** the settlement conference. Given the considerable amount of work the pre-trial conference preparations would require, the parties believe that requiring this work to be completed before the settlement conference would lessen the chances of a successful settlement, because money that could otherwise be contributed to a settlement would be expended on

preparations for the pre-trial conference.

There have been no prior requests to continue the dates for the pre-trial conference or the bench trial.

The parties suggest the following dates for the pre-trial conference and trial, if necessary:

1. Pre-trial Conference: Rescheduled from September 12, 2011, until October 10-11 or October 17-18, 2011.

2. Trial: Rescheduled from October 4, 2011, until November 7-10, November 15-18, December 5-9 or December 12-15, 2011.

IT IS SO STIPULATED.

Dated: August 4, 2011                    NORMAN G. REECE, P.C.


                                         By:  /s/   Norman G. Reece, Jr.
                                              NORMAN G. REECE, JR.
                                         Attorney for Plaintiff, Howard B. Higgins
                                              *(Pro Hac Vice)*


Dated: August 4, 2011                    HOWARD J. STEIN & ASSOC.


                                         By:  /s/   Howard J. Stein
                                              HOWARD J. STEIN
                                         Attorneys for Defendant, Farr Financial, Inc.
                                              *(Pro Hac Vice)*

# ORDER

Good cause appearing, **IT IS ORDERED** that the stipulation is **GRANTED**. The pre-trial conference shall be reset for October 17, 2011. The bench trial presently set to commence October 3, 2011, is hereby vacated and set to commence November 7, 2011.

**IT IS SO ORDERED.**

Dated: August 4, 2011

_____
HON. JEFFREY S. WHITE
United States District Judge