Norman G. Reece, Jr.
Idaho State Bar No. 3898
NORMAN G. REECE, P.C.
445 West Chubbuck Road, Suite D
Chubbuck, Idaho 83202
Tel: (208) 233-0128
Fax: (208) 233-4895
E-Mail: normreecelaw@aol.com
*Pro Hac Vice*
Attorneys for Plaintiff

Howard J. Stein
70 W. Madison St., Suite 2100
Chicago, IL 60602
Tel: (312) 726-4514
Fax: (312) 558-1209
E-Mail: hsteinlaw@aol.com
Attorney for Defendant Farr Financial, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD B. HIGGINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown,<br><br>Defendants. | Case No. C 07-02200 JSW<br><br>**STIPULATION AND PROPOSED ORDER** |

Defendant, Farr Financial, Inc. ("Farr") and Plaintiff, Howard B. Higgins ("Higgins"), by and through their respective attorneys, submit this stipulation, in which they agree as follows:

This matter has been resolved as between Higgins and Farr. Counsel for Higgins and counsel for Farr are presently preparing a settlement agreement and mutual release.

Therefore, Farr and Higgins stipulate and jointly request that all pending litigation deadlines, as well as the pre-trial conference and bench trial, be vacated.

Good cause exists to grant this stipulation. Submissions prior to the pre-trial conference are due filed with the Court on October 3, 2011. However, the parties cannot have all the settlement documents signed and dismissal papers filed before that date. Therefore, the parties request that they be given until October 7, 2011 to file dismissal documents with the Court.

IT IS SO STIPULATED.

Dated: September 28, 2011					NORMAN G. REECE, P.C.


							By:  /s/   Norman G. Reece, Jr.
								NORMAN G. REECE, JR.
								Attorney for Plaintiff, Howard B. Higgins
									*(Pro Hac Vice)*

Dated: September 28, 2011					HOWARD J. STEIN & ASSOC.


							By:  /s/   Howard J. Stein
								HOWARD J. STEIN
								Attorneys for Defendant, Farr Financial, Inc.
									*(Pro Hac Vice)*

1
2
## ORDER

3   Good cause appearing, **IT IS ORDERED** that the stipulation is **GRANTED**. All
4   pending litigation deadlines, as well as the pre-trial conference and bench trial, are hereby
    vacated. Farr Financial, Inc. and Howard B. Higgins, through their respective counsel,
5   shall file dismissal papers by October 7, 2011.

6   **IT IS SO ORDERED.**

7
8
    Dated: September _____, 2011
9
10
11                                              _____
                                                HON. JEFFREY S. WHITE
12                                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER - Case No. C 07-02200 JSW
Page 3
06-604.137