| | |
|---|---|
| 1 | Norman G. Reece, Jr. |
| 2 | Idaho State Bar No. 3898 |
|   | NORMAN G. REECE, P.C. |
| 3 | 445 West Chubbuck Road, Suite D |
|   | Chubbuck, Idaho 83202 |
| 4 | Tel: (208) 233-0128 |
|   | Fax: (208) 233-4895 |
| 5 | E-Mail: normreecelaw@aol.com |
| 6 | *Pro Hac Vice* |
|   | Attorneys for Plaintiff |
| 7 | |
| 8 | Howard J. Stein |
|   | 70 W. Madison St., Suite 2100 |
| 9 | Chicago, IL 60602 |
|   | Tel: (312) 726-4514 |
| 10 | Fax: (312) 558-1209 |
| 11 | E-Mail: hsteinlaw@aol.com |
|   | Attorney for Defendant Farr Financial, Inc. |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, | Case No. C 07-02200 JSW |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, | |
| Defendants. | |

STIPULATION AND P~~ROPOSED~~ ORDER - Case No. C 07-02200 JSW
Page 1
06-604.137

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant, Farr Financial, Inc. ("Farr") and Plaintiff, Howard B. Higgins ("Higgins"), by and through their respective attorneys, submit this stipulation, in which they agree as follows:

This matter has been resolved as between Higgins and Farr. Counsel for Higgins and counsel for Farr are presently preparing a settlement agreement and mutual release.

Therefore, Farr and Higgins stipulate and jointly request that all pending litigation deadlines, as well as the pre-trial conference and bench trial, be vacated.

Good cause exists to grant this stipulation. Submissions prior to the pre-trial conference are due filed with the Court on October 3, 2011. However, the parties cannot have all the settlement documents signed and dismissal papers filed before that date. Therefore, the parties request that they be given until October 7, 2011 to file dismissal documents with the Court.

IT IS SO STIPULATED.

Dated: September 28, 2011        NORMAN G. REECE, P.C.


                                 By:   /s/   Norman G. Reece, Jr.
                                       NORMAN G. REECE, JR.
                                 Attorney for Plaintiff, Howard B. Higgins
                                           *(Pro Hac Vice)*

Dated: September 28, 2011        HOWARD J. STEIN & ASSOC.


                                 By:   /s/   Howard J. Stein
                                       HOWARD J. STEIN
                                 Attorneys for Defendant, Farr Financial, Inc.
                                           *(Pro Hac Vice)*

STIPULATION AND PROPOSED ORDER - Case No. C 07-02200 JSW
Page 2
06-604.137

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Good cause appearing, **IT IS ORDERED** that the stipulation is **GRANTED**. All pending litigation deadlines, as well as the pre-trial conference and bench trial, are hereby vacated. Farr Financial, Inc. and Howard B. Higgins, through their respective counsel, shall file dismissal papers by October 7, 2011. The Court HEREBY SETS this matter for a further case management conference at 1:30 p.m. on October 28, 2011 for all parties remaining in this action. The parties shall file a further case management conference statement by no later than October 21, 2011. |

~~IT IS SO ORDERED.~~

IT IS SO ORDERED.

Dated: September __29__, 2011

_____
HON. JEFFREY S. WHITE
United States District Judge