| | |
|---|---|
| 1 | Norman G. Reece, Jr. |
| | Idaho State Bar No. 3898 |
| 2 | NORMAN G. REECE, P.C. |
| | 445 West Chubbuck Road, Suite D |
| 3 | Chubbuck, Idaho 83202 |
| 4 | Tel: (208) 233-0128 |
| | Fax: (208) 233-4895 |
| 5 | E-Mail: normreecelaw@aol.com |
| 6 | *Pro Hac Vice* |
| | Attorneys for Plaintiff |
| 7 | |
| 8 | Howard J. Stein |
| | 70 W. Madison St., Suite 2100 |
| 9 | Chicago, IL 60602 |
| | Tel: (312) 726-4514 |
| 10 | Fax: (312) 558-1209 |
| 11 | E-Mail: hsteinlaw@aol.com |
| | Attorney for Defendant Farr Financial, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOWARD B. HIGGINS, an individual, | Case No. C 07-02200 JSW |
| Plaintiff, | |
| vs. | |
| FARR FINANCIAL INC., a California Corporation, ZENITH INVESTMENT GROUP LLC, a California Limited Liability Company, AMAECHI GEORGE OZOR, an individual, and JOHN/JANE DOES I-X, individuals or entities whose identities are unknown, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE -
Case No. C 07-02200 JSW
Page 1
06-604.140

Plaintiff, Howard B. Higgins ("Higgins") and Defendant, Farr Financial Inc. ("Farr"), by and through their respective attorneys, stipulate that this action, having been fully compromised and settled only as to Higgins' claims against Farr, shall be dismissed with prejudice only as to Farr and without costs or attorney fees to either Higgins or Farr as to said claims, and that the Court may enter an order of dismissal as to Farr with prejudice on the form attached hereto.

IT IS SO STIPULATED.

Dated: October 7, 2011          NORMAN G. REECE, P.C.


By: /s/   Norman G. Reece, Jr.
    NORMAN G. REECE, JR.
Attorney for Plaintiff, Howard B. Higgins
              *(Pro Hac Vice)*

Dated: October 7, 2011          HOWARD J. STEIN & ASSOC.


By: /s/   Howard J. Stein
    HOWARD J. STEIN
Attorneys for Defendant, Farr Financial, Inc.
              *(Pro Hac Vice)*

## ORDER

Good cause appearing, **IT IS ORDERED** that the stipulation is **GRANTED**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree, that the above-entitled cause be and the same hereby is dismissed with prejudice as to Farr Financial Inc., and without costs or attorney fees to either Howard B. Higgins or Farr Financial Inc.

**IT IS SO ORDERED.**

Dated: October 11, 2011

_____
HON. JEFFREY S. WHITE
United States District Judge