IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD B. HIGGINS,

    Plaintiff,

v.

FARR FINANCIAL INC., ET AL,

    Defendants.

No. C 07-02200 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

        On October 12, 2012, Defendant George Amacechi Ozor ("Ozor") filed a bankruptcy petition in the United States Bankruptcy Court for the Central District of California. Actions against Ozor were automatically stayed upon filing of the Notice of Bankruptcy Filing. Ozor is the owner of the other remaining defendant in this action, Zenith Investment Group LLC ("Zenith"). In light of the connection between Ozor and Zenith, the Court finds it appropriate to stay this entire matter pending the bankruptcy proceeding. Therefore, the Court VACATES the case management conference currently scheduled for October 28, 2011.

        By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened. Moreover, the

///

///

///

1  Court HEREBY TERMINATES the pending motion for withdrawal of counsel. This Order is
2  without prejudice to counsel for Ozor and Zenith refiling this motion after the stay is lifted.
3  **IT IS SO ORDERED.**

5  Dated: October 25, 2011

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE